# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVSION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to: | |
| SUSAN SILVA,<br>        Plaintiff,<br>v.<br>COOK MEDICAL, INC. IVC FILTERS,<br>        Defendants. | Civil Action No. 1:18-cv-01363-RLY-TAB |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Susan Silva, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-01363-RLY-TAB.

Date: August 12, 2024          Respectfully Submitted**,**

                              **THE MOODY LAW FIRM**
                              By: */s/ Willard J. Moody, Jr.*
                              Willard J. Moody, Jr.
                              500 Crawford Street, Suite 200
                              Portsmouth, VA 23704
                              (757) 393-6020
                              will@moodyrrlaw.com
                              *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of notice of electronic filing.

                                           /s/ Willard J. Moody, Jr.
                                           Willard J. Moody, Jr.