**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVSION**

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 10/07/2024

| | |
|---|---|
| IN RE: COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case: 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

SUSAN SILVA,   Civil Action No. 1:18-cv-01363-RLY-TAB

      Plaintiff,

v.

COOK MEDICAL, INC. IVC FILTERS,

      Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Susan Silva, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants, Cook Incorporated, Cook Medical LL and William Cook Europe in this particular Civil Action No: 1:18-cv-01363-RLY-TAB.

Date: August 12, 2024     Respectfully Submitted,

    **THE MOODY LAW FIRM**
    By: */s/ Willard J. Moody, Jr.*
    Willard J. Moody, Jr.
    500 Crawford Street, Suite 200
    Portsmouth, VA 23704
    (757) 393-6020
    will@moodyrrlaw.com
    *Attorney for Plaintiff*

1